IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NITA COWEN                                                                                           PLAINTIFF

v.                          Case No. 5:19-cv-00080 KGB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and REID
ROBERTSON, Insurance Agent                                                              DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 23). In the motion, the parties represent that they have resolved this matter and request that this case be dismissed with prejudice. Accordingly, the Court grants the parties' joint motion to dismiss. The Court dismisses with prejudice plaintiff Nita Cowen's claims in this case. The Court denies as moot all other pending motions (Dkt. Nos. 6, 9).

It is so ordered this 8th day of January, 2020.

_____
Kristine G. Baker
United States District Judge